# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 9, 2026

Lyle W. Cayce

Clerk

No. 26-90014

L. M. L., *on behalf of themselves and all those similarly situated*; K. G. S., *on behalf of themselves and all those similarly situated*,

*Plaintiffs—Respondents*,

*versus*

Freeman F. Martin, *in his official capacity as Director of the State of Texas Department of Public Safety*,

*Defendant—Petitioner.*

---

Petition for Leave to Appeal
under Fed. R. Civ. P. 23(f)
USDC No. 1:26-CV-1170

---

## UNPUBLISHED ORDER

Before Elrod, *Chief Judge*, and Jones and Higginson, *Circuit Judges*.
Per Curiam:

IT IS ORDERED that the petition for leave to appeal under Federal Rule of Civil Procedure 23(f) is GRANTED. The resulting appeal will be consolidated with No. 26-50418.